IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LENORA ROBINSON, | ) | No. C 11-1339 LHK (PR) |
| Petitioner, | ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE A TRAVERSE |
| v. | ) ) | |
| WARDEN W. MILLER, | ) ) | |
| Respondent. | ) ) | |

Petitioner, a state prisoner proceeding *pro se*, filed a second amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 21, 2012, the Court issued an order directing Respondent to file an answer showing cause why a writ of habeas corpus should not be granted. (Doc. No. 37.) On January 31, 2013, Respondent filed an answer to the Court's order. (Doc. No. 42.) Petitioner has filed a motion for an extension of time to file a traverse. (Doc. No. 58.)

Petitioner's motion for an extension of time to file a traverse is **GRANTED**. Petitioner shall file a traverse **no later than thirty (30) days** from the date this order is filed.

IT IS SO ORDERED.

DATED: __3/20/13__

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Order Granting Motion for Extension of Time to File a Traverse
G:\PRO-SE\SJ.LHK\HC.11\Robinson339eot-opp.wpd