IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **LENORA ROBINSON,** | C 11-1339 LHK (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **WALTER MILLER, Warden,** | |
| Respondent. | |

GOOD CAUSE appearing, it is hereby ordered that Respondent may file a Memorandum of Points and Authorities that is 46 pages long in support of its Answer to the Order to Show Cause in this habeas corpus proceeding.

Dated:  4/15/13

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

20664953.doc