IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORA ROBINSON,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN W. MILLER,<br><br>    Respondent. | No. C 11-1339 LHK (PR)<br><br>ORDER GRANTING MOTION FOR THIRD EXTENSION OF TIME TO FILE A TRAVERSE<br><br><br>(Docket No. 63) |

Petitioner, a state prisoner proceeding *pro se*, filed a second amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 21, 2012, the Court issued an order directing Respondent to file an answer showing cause why a writ of habeas corpus should not be granted. (Doc. No. 37.) On January 31, 2013, Respondent filed an answer to the Court's order. (Doc. No. 42.) Petitioner has filed a motion for a third extension of time to file a traverse. (Doc. No. 63.)

Petitioner's motion for an extension of time to file a traverse is **GRANTED**. Petitioner shall file a traverse **no later than thirty (30) days** from the date this order is filed.

This order terminates docket number 63.

IT IS SO ORDERED.

DATED: 5/30/13

LUCY H. KOH
United States District Judge

Order Granting Motion for Third Extension of Time to File a Traverse
G:\PRO-SE\SJ.LHK\HC.11\Robinson339eot3-opp.wpd