IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORA ROBINSON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN W. MILLER,<br><br>　　　　Respondent. | No. C 11-1339 LHK (PR)<br><br>ORDER GRANTING MOTION FOR FOURTH EXTENSION OF TIME TO FILE A TRAVERSE<br><br>(Docket No. 67) |

Petitioner, a state prisoner proceeding *pro se*, filed a second amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 31, 2013, Respondent filed an answer. (Docket No. 42.) Petitioner has filed a motion for a fourth extension of time to file a traverse. (Docket No. 67.)

Petitioner's motion for an extension of time to file a traverse is **GRANTED**. Petitioner shall file a traverse **no later than August 12, 2013,** which is four months beyond the original due date of Petitioner's traverse. No further extensions will be considered absent exigent circumstances.

This order terminates docket number 67.

IT IS SO ORDERED.

DATED: 7/23/13

LUCY H. KOH
United States District Judge

Order Granting Motion for Fourth Extension of Time to File a Traverse
G:\PRO-SE\LHK\HC.11\Robinson339eot4-opp.wpd