IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LENORA ROBINSON, | ) | No. C 11-1339 LHK (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN W. MILLER, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The court has granted respondent's motion to dismiss. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of her petition. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/21/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\HC.11\Robinson339jud.wpd