IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORA ROBINSON,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN W. MILLER,<br><br>    Respondent. | No. C 11-1339 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL<br><br>(Docket Nos. 77, 79) |

Petitioner, a state prisoner proceeding pro se, filed a second amended petition for a writ of habeas corpus under 28 U.S.C. § 2254. On November 22, 2013, the court granted respondent's motion to dismiss the action as untimely, and entered judgment. On November 29, 2013, petitioner filed a letter requesting an extension of time within which to file objections. The court construes petitioner's letter as a motion for an extension of time to file a notice of appeal. So construed, petitioner's motion is GRANTED. Petitioner must file her notice of appeal no later than fourteen days from the filing date of this order. *See* Fed. R. App. P. 4(a)(5)(C). Petitioner's motion to object is DENIED as moot.

IT IS SO ORDERED.

DATED:  3/10/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge